```
FILED _____     _____ RECEIVED
ENTERED _____   _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

       FEB 1 4 2011

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                         )
               Plaintiff,    )     3:10-MJ-00067-RAM
                                         )
             v.                  )
                                         )
MARK FERGUSON,           )
                                         )
               Defendant.   )

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed July 23, 2010, against MARK FERGUSON, Defendant herein.

                                          Respectfully submitted,

                                          DANIEL G. BOGDEN
                                          United States Attorney

                 By: _____
                                MICHAEL W. LARGE
                                Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 2-14-11                 _____
                                       UNITED STATES MAGISTRATE JUDGE